IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL ROCHA, DECEASED, BY DANIELA ROCHA, MOTHER AND REPRESENTATIVE OF ESTATE AND GERARDO ROCHA, FATHER,<br>Plaintiffs, | § § § § § § | |
| V. | § § | CASE NO. A06CA067LY |
| THE CITY OF AUSTIN, JULIE SCHROEDER AND DON DOUGLAS DOYLE,<br>Defendants. | § § § § § | |

## AGREED RULE 41 JUDGMENT AND DISMISSAL

BE IT REMEMBERED that on this day came on to be heard the above-styled and numbered cause between Daniela Rocha and Gerardo Rocha, individually and as representatives of the estate of Daniel Rocha, hereinafter Plaintiffs, and Julie Schroeder, Don Doyle, and the City of Austin, hereinafter Defendants. Plaintiffs and Defendants announce to the Court that a Settlement Agreement has been reached whereby the following Judgment should be entered:

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiffs take nothing against Defendants (in all capacities) and this cause of action is dismissed with prejudice.

It is further ORDERED, ADJUDGED and DECREED that all costs of Court incurred herein between the Plaintiffs and Defendants shall be paid by the incurring party.

SIGNED and ENTERED this _____ day of _____, 2008.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

BY: _____
Bobby R. Taylor
Law Offices of Bobby R. Taylor, P.C.
1709 E. Martin Luther King, Jr. Blvd.
Austin, Texas 78702
ATTORNEY FOR PLAINTIFFS


BY: _____
Robert Icenhaurer-Ramirez
1103 Nueces Street
Austin, Texas 78701
ATTORNEY FOR DEFENDANT
JULIE SCHROEDER


BY: _____
Frederick A. Hawkins
State Bar. No. 09247020
City of Austin Law Department
P.O. Box 1546
Austin, TX 78767-1546
ATTORNEY FOR DEFENDANTS
CITY OF AUSTIN AND DON DOYLE